UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERMAINE GORENFLO,

        Plaintiff,

    v.

FRANK BISIGNANO,

        Defendant.

Case No. 24-cv-07318-NW

**JUDGMENT**

    The Court has granted Plaintiff's motion for summary judgment and remanded this action to the Commissioner for further proceedings.  Judgment is entered for Plaintiff accordingly.

    **IT IS SO ORDERED.**

Dated: April 6, 2026

Noël Wise
United States District Judge