# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GERMAINE LESLIE GORENFLO,

    Plaintiff,

    vs.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant

Case No.: 3:24-cv-07318-NW

{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $9,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE:   April 30, 2026

THE HONORABLE NOËL WISE
UNITED STATES MAGISTRATE JUDGE

-1-